UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS DEAN WELSH,            :

    Petitioner                :    CIVIL ACTION NO. 3:20-0329

    v.                        :    (JUDGE MANNION)

MARK GARMAN,                   :

    Respondent                :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 1, 2024**
20-0329-01